UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STEVEN BARTLETT, | Case No. 21-CV-667 (NEB/TNL) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| B. BIRKHOLZ, Warden of Federal Prison Camp Duluth, and MICHAEL CARVAJAL, Director of the Federal Bureau of Prisons, in their official capacities | |
| Respondents. | |

The Court has received the September 8, 2021 Report and Recommendation of United States Magistrate Judge Tony N. Leung (ECF No. 24.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 24) is ACCEPTED;

2. Bartlett's Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED WITHOUT PREJUDICE;

3. Bartlett's Motion to Amend Petition for Habeas Corpus to Add Another Petitioner (ECF No. 18) is DENIED;

4. Anderson's Request to be added to Civil No. 21-0667 (NEB/TNL) as an Additional Petitioner (ECF No. 16) is DENIED; and

5. Bartlett's Motion to Withdraw Motion to Add Petitioner Paxton Anderson (ECF No. 20) is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 22, 2021						BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge